UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Dwayne Page, on behalf of himself and all others similarly situated**<br><br>                    **Plaintiff,**<br>         v.<br><br>**N.A.R. Inc.**<br><br>                    **Defendant.** | Civil Action No. 2:18-cv-02200-KSH-CLW<br><br>STIPULATION OF DISMISSAL |

**IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for the Plaintiff and Defendant in the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above entitled action and all claims that were or could have been made herein by Plaintiff are hereby dismissed with prejudice, without costs to any party as against any other, and with each party bearing its own legal costs and expenses.

**IT IS HEREBY FUTHER AGREED,** that this stipulation may be filed, without further notice, with the Court and may be executed by facsimile.

Dated: Floral Park, NY
          October 28, 2020

/s/ Ryan L. Gentile, Esq.
Law Offices of Gus Michael Farinella, PC
110 Jericho Turnpike – Suite 100
Floral Park, NY 11001
Tel: 201-873-7675
Email: rlg@lawgmf.com
*Attorneys for Plaintiff, Dwayne Page*

**KAUFMAN DOLOWICH VOLUCK, LLP**

/s/ Monica M. Littman
Monica M. Littman
Four Penn Center
1600 John F. Kennedy Blvd., Suite 1030
Philadelphia, PA 19103
Telephone: (484) 841-7092
mlittman@kdvlaw.com
Attorneys *for Defendant, N.A.R. Inc.*

SO ORDERED this day of October 29, 2020
s/ Katharine S. Hayden
 Katharine S. Hayden
United States District Judge